Louise M. Ennis, Appellant, *v.* National Bank and Trust Company of Skaneateles, N. Y., as Executor of Edward C. Miller, Deceased, Respondent.

Argued October 4, 1943; decided October 14, 1943.

*Melvin A. Weeks* for motion.

*Louise M. Ennis,* in person, opposed.

Motion granted and appeal dismissed, without costs on the ground that no appeal lies as of right, and no permission to appeal has been granted.